SAM GERSCHMAN, Respondent, v. GLOBE INDEMNITY COMPANY, Appellant.— Application denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FELIX DE MARTINI, Appellant, v. GEORGE V. MCLAUGHLIN, as Police Commissioner of the City of New York, Respondent.— In this case the orders appealed from are affirmed, but the court considers the question as to the sufficiency of the affidavit of John J. Underwood, dated October 4, 1926, of such importance as to justify us in staying the surrender of the relator to the State of New Jersey until the matter can be reviewed by the Court of Appeals, if the relator sees fit to take an immediate appeal. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

EDWARD J. BATCHELAR, Appellant, v. ANNIE L. BATCHELAR and Others, Defendants. ELMER W. BAKER, Purchaser, Respondent.— Motion for reargument denied. Motion to resettle order granted. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ. Settle order on notice.

ARMIN BENCOE, Respondent, v. ROBERT E. MCDONNELL and Others, Copartners, etc., Appellants.— Motion for reargument granted, and case set down for Monday, November 8, 1926. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

GIUSEPPE BONORA, Respondent, v. OVERSEAS SHIPPING Co., INC., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable defendant to apply to the Court of Appeals. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

JOHN L. BROWN, Appellant, v. LUCY E. BROWN, Respondent.— Motion to continue stay granted in so far as it relates to the enforcement of the order granting alimony. In so far as it relates to the enforcement of the order granting counsel fee, the motion is denied. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

MURRAY S. FEINBERG and MAX BRAV, Respondents, v. BROAD AND PARK REALTY CORPORATION, Appellant.— Motion for stay· granted by consent. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

In the Matter of the Application of LOWEN E. GINN for' an Allowance of Counsel Fees Out of the Estate of FRANK GROSSBARD, Deceased. In re Accounting of NATHAN D. SHAPIRO and Others, as Executors, etc., Appellants; LOWEN E. GINN, Respondent.— Motion to dismiss appeal denied. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

In the Matter of the Application of 1901 OCEAN PARKWAY CORPORATION, as Owner, for an Order Fixing the Amount of an Undertaking to Discharge a Mechanic's Lien, etc.— Motion for stay granted. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ. Settle order on notice.

In the Matter of the Application of EDWARD J. Rose, an Attorney.— Application referred to Hon. Russell Benedict, as official· referee, to ascertain whether the character of the applicant is, and his conduct has been, such as to entitle him to be reinstated as a member of the bar. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.